JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARYOOSH NOPARAST, Trustee of the Vista Trust dated June 30, 2008; PARVIN NOPARAST, Trustee of the Vista Trust dated June 30, 2008; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:21-cv-06897-RGK-JPR<br><br>**[PROPOSED] JUDGMENT (RE: DEFAULT JUDGMENT)** |

///

///

///

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff George Jones shall have JUDGMENT in his favor in the amount of $7,284.17 against Defendants Daryoosh Noparast and Parvin Noparast, Trustees of the Vista Trust dated June 30, 2008.

Additionally, Defendants Daryoosh Noparast and Parvin Noparast, Trustees of the Vista Trust dated June 30, 2008 are ORDERED to provide, within one hundred eighty (180) days, an accessible path of travel connecting the designated disabled parking spaces and public way to the business entrance, accessible parking spaces, an accessible access aisle, signage regarding parking, and an accessible business entrance at the property located at 1441 W. Martin Luther King Jr. Blvd., Los Angeles, CA 90062, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 6, 2022

_____
Hon. R. Gary Klausner
United States District Judge

*Presented by*:

Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**GEORGE JONES**